**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ADAN ISAI GONZALEZ CABALLERO,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. 5:26-cv-05813-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 27, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE